UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

GEORGE SACKO,                                    :
     *Plaintiff,*                              :
                                                 :
    vs.                                        :     C.A. No.  1:25-cv-00496
                                                 :
TPG 100 SABIN HOTEL, LLC d/b/a                   :     PLAINTIFF HEREBY
RESIDENCE INN BY MARRIOTT                        :     DEMANDS A TRIAL
PROVIDENCE DOWNTOWN,                             :
JOHNATHAN MERRIOTT,                              :
CITY OF PROVIDENCE, by and through its           :
Treasurer Shomari Husband,                       :
OFFICER KAYLA FACEY,                             :
OFFICER FLAVIO TAVARES,                          :
OFFICER ALEXANDER WAGONER, and                   :
JOHN DOES 1-5,                                   :
     *Defendants*.                              :

**PLAINTIFF GEORGE SACKO'S OBJECTION TO DEFENDANT CITY OF PROVIDENCE'S MOTION TO DISMISS PURSUANT TO RULE 12(b)(6) OF THE FEDERAL RULES OF CIVIL PROCEDURE**

Now comes Plaintiff George Sacko and hereby objects to Defendant City of Providence's Motion to Dismiss Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure. The reasons for Plaintiff's objection are set forth in the accompanying Memorandum of Law.

WHEREFORE, the Plaintiff respectfully requests that Defendant City of Providence's Motion to Dismiss Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure should be denied.

Plaintiff, George Sacko,
By his Attorneys,

/s/ Christian W. Tracy
Christian W. Tracy, Esq. Bar No. 9797
Bianchi Brouillard Sousa & O'Connell, P.C.
56 Pine Street, Suite 250
Providence, RI 02903
Telephone: 401.223.2990
Facsimile: 877.548.4539
Email: ctracy@bbsolaw.com

Dated: December 23, 2025

1

## **CERTIFICATION**

I hereby certify that on this 23rd day of December, 2025, I filed this document electronically and that it is available for viewing and downloading from the ECF system. This document was served by electronic mail upon:

Steven B. Nelson, Esq.
Senior Assistant City Solicitor
Jillian H. Barker, Esq.
Senior Assistant City Solicitor
444 Westminster Street, Suite 220
Providence, Rhode Island 02903
snelson@providenceri.gov
jbarker@providenceri.gov

Michael Colucci, Esq.
Olenn & Penza LLP
530 Greenwich Avenue
Warwick, Rhode Island 02886
mjc@olenn-penza.com

*/s/* Christian W. Tracy

2