MJC:CDH:maz 95500 \Pleadings\95500 4 Mot to Dismiss 12-30-25

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

GEORGE SACKO                                      :
                                                  :
        VS.                                       :        C.A. NO. 1:25-cv-00496
                                                  :
TPG SABIN HOTEL, LLC d/b/a                         :
RESIDENCE INN BY MARRIOT                            :
PROVIDENCE DOWNTOWN, ET AL                          :

## DEFENDANTS' (OFFICER KAYLA FACEY, OFFICER FLAVIO TAVARES AND OFFICER ALEXANDER WAGONER) MOTION TO DISMISS

Now come the defendants Officer Kayla Facey, Officer Flavio Tavares and Officer Alexander Wagoner, and hereby move to dismiss the plaintiff's complaint in its entirety and with prejudice, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.  In support hereof, the defendants have attached a memorandum of law.

                                DEFENDANTS, FACEY,
                                TAVARES & WAGONER
                                By their Attorney,


                                /s/ Connor D. Holliday
                                Connor D. Holliday, Esq. #10482
                                OLENN & PENZA, LLP
                                530 Greenwich Avenue
                                Warwick, RI  02886
                                PHONE:  (401) 737-3700
                                FAX:  (401) 737-5499
                                EMAIL: cdh@olenn-penza.com

**<u>CERTIFICATION</u>**

I hereby certify that I have filed the within with the United States District Court on this 30th day of December 2025, that a copy is available for viewing and downloading via the ECF system, and that I have caused a copy to be sent to:

Christian W. Tracy, Esq.
Bianchi Brouillard Sousa & O'Connell, P.C.
56 Pine Street, Suite 250
Providence, RI 02903
ctracy@bbsolaw.com

Jillian H. Barker, Esq.
Steven B. Nelson, Esq.
Senior Assistant City Solicitors
City of Providence
444 Westminster Street, Suite 220
Providence, RI  02903
jbarker@providenceri.gov
snelson@providenceri.gov

Nancy Kelly, Esq.
Gordon Rees Scully Mansukhani, LLP
28 State Street, Suite 1050
Boston, MA 02109
nkelly@grsm.com

Sara E. Sweeney, Esq.
Freeman Mathis & Gary, LLP
One Boston Place, Suite 2200
Boston, MA 02108
sara.sweeney@fmglaw.com

/s/ Connor D. Holliday